**Vicky CENTO, Appellant,**

v.

**BROPF'S CORPORATION, d/b/a Bropf's Mobile Home Sales, Respondent.**

**No. ED 82406.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 9, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2004.

Application for Transfer Denied
June 22, 2004.

Jeffrey J. Lowe, Simon, Lowe & Passanante, P.C., St. Louis, MO, for appellant.

Gary E. Snodgrass, Rabbitt, Pitzer & Snodgrass, P.C., St. Louis, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## ***ORDER***

PER CURIAM.

Vicky Cento ("Cento") sued Bropf's Corporation ("Bropf's") for negligence as a result of an injury she allegedly sustained while riding in a golf cart operated by Bropf's. The jury returned a verdict in favor of Bropf's. Cento contends that the trial court erred because (1) Bropf's sent an unadmitted exhibit to the jury room, and (2) Bropf's, by way of the unadmitted exhibit, improperly injected the issue of insurance into the trial.

We have reviewed the briefs of the parties and the record on appeal and find the trial court did not abuse its discretion. *Sherar v. Zipper*, 98 S.W.3d 628, 632 (Mo. App. W.D.2003). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).